UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE DIAZ pro se
Petitioner

Versus

UNITED STATES OF AMERICA,
Respondent.

Case No.: 18 CR 80 (PKC)

*A judgment was entered on July 12, 2019 (ECF 179) and a mandate issued by the Court of Appeals disposing of an appeal on December 23, 2020 (ECF 186). There is no other proceeding pending in this Court. The application is therefore DENIED.*

*SO ORDERED*
*[signature] USDJ*
*9-18-23*

MOTION FOR WAIVER OF COST FOR ENTIRE CASE FILES.

Comes now Petitioner Jose Diaz, #79975-054 pro se, see Haines vs. Kerner, 404 U.S. 519 (1972), respectfully pray and moves this most honorable United States District Court for the Southern District of New York, pursuant to Title 28, United States Code Section 1915 (a), that it ORDER his erstwhile ATTORNEY to provide and extend to him the one (1) time and one (1) timely only, courtesy of a copy of his entire case files in this case as he set forth the reasons for such request in his AFFIDAVIT as well as MEMORANDUM AND POINTS OF AUTHORITY IN SUPPORT OF MOTION FOR WAIVER OF COST FOR ENTIRE CASE FILES.

Date: 9/11/2023

Requested respectfully,
Jose Diaz

*Mailed to Jose Diaz 9/18/2023*